IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAUL W. DRIGGERS, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-10-877-C |
| | ) | |
| A. CLARK, S.H.U. Lt.; JOHN DOE, | ) | |
| S.I.S. Lt., Seatac Washington; JOHN | ) | |
| DOE, Housing Assignment Officer | ) | |
| OKC; UNITED STATES BUREAU | ) | |
| OF PRISONS; NATIONAL CRIME | ) | |
| INFORMATION CENTER OF FBI; | ) | |
| U.S. PROBATION OFFICE, Phoenix, | ) | |
| AZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on September 23, 2011. While Plaintiff has until October 13, 2011, to object to the present Report and Recommendation, because the relief granted is that sought by Plaintiff, the Court finds no reason to delay adoption of the Recommendation. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 33) is adopted. Plaintiff's Motion to Transfer Case (Dkt. No. 31) is granted and Plaintiff's remaining due process claim against Defendant John Doe I shall be

transferred pursuant to 28 U.S.C. § 1631 to the United States District Court for the Western District of Washington.

IT IS SO ORDERED this 30th day of September, 2011.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge