01
02
03
04
05
06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08 | PAUL W. DRIGGERS,

09 |                    Plaintiff,        Case No.  C11-1630-JCC-MAT

         v.
10
   | JOHN DOE I, S.I.S. Lieutenant, FDC SeaTac,   ORDER GRANTING PLAINTIFF'S
11 | *et al*.,                                    MOTION FOR EXTENSION OF TIME

12 |                    Defendants.

13

14     The Court, having reviewed plaintiff's motion for extension of time, and the balance of

15 the record, does hereby ORDER:

16     (1)   Plaintiff's motion for an extension of time to file his response to defendants'

17 pending motion to dismiss (Dkt. No. 48) is GRANTED.  Plaintiff is directed to file and serve

18 his response not later than *May 7, 2012*.

19     (2)   Defendants' motion to dismiss (Dkt. No. 46) is RENOTED on the Court's

20 calendar for consideration on *May 11, 2012*.  Defendants must file any reply brief in support of

21 their motion by that date.

22 / / /

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME
PAGE - 1

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

DATED this 23rd day of April, 2012.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME
PAGE - 2