UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL W. DRIGGERS,<br><br>       Plaintiff,<br> v.<br><br>JOHN DOE I, S.I.S. Lieutenant, FDC SeaTac, *et al*.,<br><br>       Defendants. | Case No. C11-1630-JCC-MAT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

The Court, having reviewed plaintiff's motion for extension of time, and the balance of the record, does hereby ORDER:

(1) Plaintiff's motion for an extension of time to file his response to defendants' pending motion to dismiss (Dkt. No. 48) is GRANTED. Plaintiff is directed to file and serve his response not later than *May 7, 2012*.

(2) Defendants' motion to dismiss (Dkt. No. 46) is RENOTED on the Court's calendar for consideration on *May 11, 2012*. Defendants must file any reply brief in support of their motion by that date.

/ / /

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME
PAGE - 1

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

DATED this 23rd day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME
PAGE - 2