THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL W. DRIGGERS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE I, S.I.S. Lieutenant, FDC SeaTac, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C11-1630-JCC<br><br>ORDER DISMISSING ACTION |

This matter comes before the Court on the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 54). The Court, having reviewed Plaintiff's amended civil rights complaint, the United States' motion to dismiss, the Report and Recommendation, and the balance of the record, does hereby find and ORDER:

　　(1)　 The Court adopts the Report and Recommendation;

　　(2)　 The United States' motion to dismiss this action (Dkt. No. 46) is GRANTED;

　　(3)　 Plaintiff's amended complaint (Dkt. No. 39) and this action are DISMISSED with prejudice; and

　　(4)　 The Clerk is directed to send copies of this Order to plaintiff, to counsel for Defendants, and to the Honorable Mary Alice Theiler.

1     DATED this 29th day of August 2012.

                                                                 John C. Coughenour
                                                                 UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 2